IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR276 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KAYLYNN WHITEBEAR, | ) | |
| JACOBIE GRANT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Jacobie Grant's the Unopposed Motion to Continue Trial [86] and defendant Kaylynn Whitebear's Unopposed Motion to Continue Trial [87]. Counsel for both defendants request additional time to allow defendants to complete treatment and to prepare for trial or enter plea negotiations. For good cause shown,

**IT IS ORDERED** that the defendants' Motions to Continue Trial [86] and [87] are granted, as follows:

1. The jury trial, **for both defendants**, now set for June 1, 2020, is continued to **August 31, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 31, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: May 6, 2020.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**