**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR276** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KAYLYNN WHITEBEAR,** | ) | **ORDER** |
| **JACOBIE GRANT,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on the defendant Kayrista Parker's unopposed Motion to Continue Trial [89].  The parties are attempting in good faith to resolve the matter short of trial.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [89] is granted, as follows:

1.      The jury trial, **for both defendants**, now set for August 31, 2020 is continued to **October 5, 2020**.

2.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **October 5, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  August 19, 2020.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**