## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:19CR276 |
| vs. | ) | |
| | ) | ORDER |
| KAYLYNN WHITEBEAR, | ) | |
| JACOBIE GRANT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's unopposed Motion to Continue Trial [95]. Counsel for the government will be in trial the week of November 30, 2020 *(United States v. Free*, 8:19CR337). Counsel for the defendants indicate they have no objection to the continuance and join in the request for trial in January. Good cause being shown, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, now set for November 30, 2020 is continued to **January 19, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 19, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel and all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 30, 2020.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED October 23, 2020.**

> **BY THE COURT:**
> s/ Susan M. Bazis
> **United States Magistrate Judge**