IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KAYLYNN WHITEBEAR,<br><br>              Defendant. | 8:19CR276<br><br>ORDER |

      **THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Kaylynn Whitebear (Filing No. 107). Kelly M. Steenbock has filed an entry of appearance as counsel for Kaylynn Whitebear. Therefore, Mary C. Gryva's motion to withdraw (Filing No. 107) will be granted.

      Mary C. Gryva shall forthwith provide Kelly M. Steenbock any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Kaylynn Whitebear's defense.

      The clerk shall provide a copy of this order to Kelly M. Steenbock.

      **IT IS SO ORDERED.**

      Dated this 16th day of December, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge