**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:19CR276** |
| vs. | ) | |
| | ) | **ORDER** |
| **KAYLYNN WHITEBEAR,** | ) | |
| **JACOBIE GRANT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the government's Motion to Continue Trial [138]. Counsel for the government tested positive to COVID-19 and is in quarantine until at least April 9, 2021. Counsel for the defendants indicate they have no objection to the continuance. Good cause being shown, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the Motion to Continue Trial [138] is granted, as follows:

1. The jury trial, now set for April 5, 2021 is continued to **May 3, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 3, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel and all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 5, 2021.

**BY THE COURT:**
s/ Susan M. Bazis
**United States Magistrate Judge**